

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*11 MAR 23 PM 12: 17*

*CLERK*
*MIDDLE DISTRICT OF COURT*
*TAMPA, FLORIDA*

UNITED STATES OF AMERICA :
:
:
v. :
:
:
IRA GYRAD TAYLOR :

Case No. 8:11-Cr- 167-T-26TBM
18 U.S.C. § 922(g)
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 26, 2011, in the Middle District of Florida and elsewhere,

IRA GYRAD TAYLOR,

the defendant herein, having been convicted of the following crimes punishable by

imprisonment for a term exceeding one year, to wit:

Possession with Intent to Sell a Controlled Substance, Case Number
32007CF00476901, in the Tenth Judicial Circuit, Polk County, Florida, on
or about August 30, 2007 and

Sale of Cocaine, Case Number 532007CF00476901, in the Tenth
Judicial Circuit, Polk County, Florida, on or about July 9, 2009,

knowingly possessed, in and affecting interstate and foreign commerce, one Zastava,

model M57, 7.62X25MM, semi-automatic pistol and ammunition.

In violation of Title 18, United States Code, Section 922(g).

## FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to

the provisions of Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.      From his engagement in the violations alleged in Count One of this Indictment, the defendant, IRA GYRAD TAYLOR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and United States Code, Section 2461(c), all of his right, title, and interest in:  Any firearm and ammunition involved in or used in a knowing violation of Title 18, United States Code, Sections 922(g).

Such property includes, but is not limited to the following: one Zastava, model M57, 7.62X25MM, semi-automatic pistol and ammunition.

It is the intent of the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

Deputy      FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By: _____
COLLEEN MURPHY DAVIS
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Chief, General Crimes Section

# UNITED STATES DISTRICT COURT

## Middle District of Florida
## Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### IRA GYRAD TAYLOR

## INDICTMENT

Violation:

18 U.S.C. § 922(g)

A true bill,

*Patricia Nicholson*

~~Deputy~~    Foreperson

Filed in open court this 23rd day

of March, 2011.

_____
Clerk

Bail  $_____